**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-13713

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

TRENTON CLEMONS,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:24-cr-00019-CDL-CHW-3

————————————

Before JORDAN, KIDD, and BLACK, Circuit Judges.

PER CURIAM:

Markus Boenig, appointed counsel for Trenton Clemons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clemons' convictions and sentences are **AFFIRMED**.